# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>STATE OF ALASKA,<br><br>　　　　Intervenor-Defendant. | Case No. 3:20-cv-00207-SLG |

## ORDER RE DEFENDANTS' REQUEST FOR STAY

Before the Court at Docket 29 is Plaintiffs' and Defendants' *Joint Status Report and Defendants' Request for Stay*. Defendants request an extension of the stay granted by the Court on July 13, 2021, which ended on September 7, 2021.[1] Plaintiffs do not oppose the request for an extension of the stay, but reserve the right to take any position, including a request that the stay be lifted, in response to any future action Defendants take with regard to the 2020 Integrated Activity Plan (IAP). Intervenor-Defendant State of Alaska filed an opposition to the request for

---

[1] Docket 28.

an additional stay at Docket 30. A telephonic hearing on the motion was held on October 13, 2021.

IT IS ORDERED that the motion for stay is GRANTED as follows: This matter is stayed until **January 10, 2022,** except that on or before **November 19, 2021,** Federal Defendants shall file a status report with the Court that outlines the agency's next planned steps with respect to its review of both the EIS and the IAP, as well as the anticipated time frame for the completion of those steps.

DATED this 20th day of October, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00207-SLG, *NAEC, et al. v. Haaland, et al.*
Order re Request for Stay
Page 2 of 2
Case 3:20-cv-00207-SLG   Document 34   Filed 10/20/21   Page 2 of 2