TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
CAITLIN CIPICCHIO, Trial Attorney
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Tel: (202) 353-1389 (Turcke)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br>     Plaintiffs,<br>    v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of Interior, *et al.*,<br><br>     Defendants,<br>  and<br><br>STATE OF ALASKA,<br><br>     Intervenor-Defendant. | Case No. 3:20-cv-00207-SLG |

## DEFENDANTS' STATUS REPORT AND MOTION TO EXTEND STAY

In accordance with the Court's Orders (ECF 34, 36, 41) and Defendants'

previous status report (ECF 38), Defendants provide an additional status report and

hereby move to stay proceedings for an additional forty-five days, until

*Northern Alaska Envtl. Ctr. v. Haaland,* 3:20-cv-00207-SLG
DEFS.' STATUS REPORT AND MOTION TO EXTEND STAY                                              1

Case 3:20-cv-00207-SLG   Document 42   Filed 03/12/22   Page 1 of 3

approximately April 25, 2022.[1]

Defendants' previous status report indicated that BLM intends to issue a new Record of Decision (ROD) selecting a different alternative than that selected by the ROD challenged in this litigation. BLM has since completed consultation under Section 7 of the ESA. Consistent with the previously-filed BLM Director's Memorandum, BLM still anticipates it could issue the new ROD approximately forty-five days following completion of consultation. *See* ECF 38-1. Accordingly, Defendants request to stay proceedings for an additional forty-five days. If BLM issues a new ROD, Defendants will expeditiously notify the parties and the Court.

Undersigned counsel has conferred with counsel for the other parties. Plaintiffs do not oppose Defendants' request for an extension of the stay, but reserve the right to take any position, including a request that the stay be lifted, in response to any future action Defendants take with regard to the IAP. For the reasons stated in its prior opposition, Intervenor-Defendant State of Alaska opposes any additional stay of this matter.

Respectfully submitted this 12th day of March, 2022.

                                              TODD KIM
                                              Assistant Attorney General
                                              United States Department of Justice
                                              Environment and Natural Resources Division

                                              */s/ Paul A. Turcke*
                                              Paul A. Turcke, Trial Attorney
                                              Natural Resources Section

---

1     This status report was due March 11, 2022, but could not be filed on that day as a result of widespread CM/ECF outages including the District of Alaska. *See* Fed. R. Civ. P. 6(a)(3). The requested stay is calculated as if this motion was filed on March 11.

*Northern Alaska Envtl. Ctr. v. Haaland,* 3:20-cv-00207-SLG
DEFS.' STATUS REPORT AND MOTION TO EXTEND STAY                         2

Case 3:20-cv-00207-SLG   Document 42   Filed 03/12/22   Page 2 of 3

150 M St. NE
Washington, D.C. 20002
E: paul.turcke@usdoj.gov
T: (202) 353-1389

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                       */s/ Paul A. Turcke*
                        Paul A. Turcke

*Northern Alaska Envtl. Ctr. v. Haaland,* 3:20-cv-00207-SLG
DEFS.' STATUS REPORT AND MOTION TO EXTEND STAY    3

Case 3:20-cv-00207-SLG   Document 42   Filed 03/12/22   Page 3 of 3