TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
CAITLIN CIPICCHIO, Trial Attorney
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
150 M St. NE
Washington, D.C. 20002
Tel: (202) 305-0503
Caitlin.cipicchio@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al.*,<br>Plaintiffs,<br>v.<br>DEBRA HAALAND, *et al.*,<br>Defendants,<br>and<br>STATE OF ALASKA,<br>Intervenor-Defendant. | Case No. 3:20-cv-00207-SLG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 11.1(c)(5), Caitlin Cipicchio hereby provides

notice of her withdrawal as counsel for Defendants in the above-captioned matter.

All parties to this litigation will be notified of this withdrawal via ECF notice.

Federal Defendants will continue to be represented by Paul Turcke. Contact

information for Mr. Turcke is as follows:

Paul A. Turcke
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
E: paul.turcke@usdoj.gov
P: (202) 353-1389

Respectfully submitted this 13th day of April, 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*s/ Caitlin Cipicchio*
Caitlin Cipicchio
Paul A. Turcke
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
E: caitlin.cipicchio@usdoj.gov
T: (202) 305-0503

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Caitlin Cipicchio*
Caitlin Cipicchio

*Northern Alaska Envtl. Ctr. v. Haaland,* 3:20-cv-00207-SLG
NOTICE OF WITHDRAWAL                                                                                                          2

Case 3:20-cv-00207-SLG   Document 43   Filed 04/13/22   Page 2 of 2